UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LORETTA M. POWELL,
        Plaintiff,

vs.                                                Case No. 8:04-CV-2587-T-27EAJ

MMG TRANSPORTATION INC. and
HILLSBOROUGH COUNTY PUBLIC
TRANSPORTATION COMMISSION,
        Defendants.
_____/

## ORDER

**BEFORE THE COURT** is Plaintiff's "Pro Se Appellant Motion for Leave to Appeal in Forma Pauperis" (Dkt. 19) and Defendant MMG Transportation's Response (Dkt. 20).[1] Upon consideration, it is

**ORDERED AND ADJUDGED** that Plaintiff's motion (Dkt. 19) is DENIED. Plaintiff's motion is construed as a motion for reconsideration of this Court's April 11, 2004 order, which denied Plaintiff's motions for entry of clerk's default. Plaintiff filed her complaint on November 30, 2004. (Dkt. 1). Both Defendants were served with the complaint on February 2, 2005. (Dkts. 9, 10). MMG's answer, filed on December 21, 2004, was timely. (Dkt. 5). Likewise, Hillsborough County's motion to dismiss, filed on February 22, 2005, was timely.[2]

**DONE AND ORDERED** in chambers this ___1st___ day of June, 2005.

                                            JAMES D. WHITTEMORE
                                            United States District Judge

Copies to:
Counsel of Record

---

[1] Hillsborough County joined in MMG's response to Plaintiff's motion. (Dkt. 22).

[2] In accordance with Fed.R.Civ.P. 6, the day that the defendants were served is not included in the computation of defendants' time to respond. Accordingly, a response to the complaint was due on February 22, 2005.